**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 03-7876**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DONTE JAVON PITT,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (CR-96-36-AW)

─────────────

Submitted: May 24, 2004                    Decided: June 14, 2004

─────────────

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Fred Warren Bennett, Michael E. Lawlor, BENNETT AND LAWLOR, LLP, Greenbelt, Maryland, for Appellant. Thomas M. DiBiagio, United States Attorney, Bonnie S. Greenberg, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donte Javon Pitt appeals the district court's order denying his motion to modify his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Pitt, No. CR-96-36-AW (D. Md. Nov. 13, 2003). We deny Pitt's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED